PD-0329-15

No. 09-15-00006-CR
In The
Court of Criminal Appeals
Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

Mitchell Corey Knighton
V.
The State of Texas

FILED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

First Motion For Extension of Time to File
Petition For Discretionary Review

To the Honorable Judges of the Court of Criminal Appeals:

Comes now, Mitchell Knighton, Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the court the following:

I.

The Petitioner was convicted in the 411th District Court of Polk County, Texas of the offense of Aggravated Assault with a Deadly weapon in cause no. 22233, styled State of Texas vs. Mitchell Corey Knighton. The Petitioner appealed to the Court of Appeals, Ninth Supreme Judicial District. The case was affirmed on February 4, 2015.

II.

The present deadline for filing the Petition for Discretionary Review is March 6, 2015. The Petitioner hasn't requested any extension prior to this request.

III.

Petitioner's request for an extension is based upon the following facts: His attorney on the appeal, Steven Greene, has informed Petitioner that he would not help represent him on the Discretionary Review. The Petitioner also had limited access to the legal library to a few hours a day. In addition had limited legal knowledge there by slowing down research.

Wherefore, Petitioner prays this court grant this motion and extend the deadline for filing the Petition for Discretionary Review in cause no. 22233 to May 6, 2015.

Mitchell Knighton
Petitioner, pro se
Texas Department of Criminal
Justice Institutional Division
Hamilton Unit
TDCJ-ID # 01912536
Bryan, Texas 77807

I, Mitchell Corey Knighton, TDCJ #01912536, being presently incarcerated in the Hamilton Unit of the Texas Department of Criminal Justice in Brazos County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 18th day of March, 2015.

Mitchell Knighton
Mitchell Knighton
TDCJ # 01912536

Mitchell Knighton #1912536
Hamilton Unit
200 Lee Morrison Lane
Bryan, Texas 77807

Legal Mail

Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

78711230808